IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CIVIL NO. 1:11-CV-1964** |
| **Plaintiff** | |
| | **(Judge Rambo)** |
| | **(Magistrate Judge Carlson)** |
| **v.** | |
| **JERRY GOSS,** | |
| **Defendant** | |

# O R D E R

AND NOW, this 29th day of April, 2015, **IT IS HEREBY ORDERED THAT**:

1) The court adopts the report and recommendation of Magistrate Judge Carlson (Doc. 54).

2) The United States' motion for summary judgment (Doc. 37) is **GRANTED**.

3) Goss's motion for summary judgment (Doc. 42) is **DENIED**.

4) The Clerk of Court shall enter judgment in favor of the United States and against Defendant Jerry Goss in the amount of $253,591.87 plus interest accrued through July 29, 2011, plus interest accrued at the current rate to this date, compounded annually, pursuant to 28 U.S.C. § 1961(b).

5) Defendant's motion for extension of time (Doc. 55) is denied or otherwise deemed moot.

    6) The Clerk of Court shall close the file.

                                               s/Sylvia H. Rambo
                                             SYLVIA H. RAMBO
                                             United States District Judge